UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Charles Adrail Stallings**            Docket No. 5:00-CR-75-1H

### Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Charles Adrail Stallings, who, upon an earlier plea of guilty to Armed Bank Robbery, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on October 2, 2000, to the custody of the Bureau of Prisons for a term of 212 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Charles Adrail Stallings was released from custody on February 29, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has expressed a need for anger management counseling and the U.S. Probation Office believes providing this treatment will assist the defendant to successfully complete his term of supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of anger management treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller            /s/ Amir A. Hunter
Jeffrey L. Keller            Amir A. Hunter
Supervising U.S. Probation Officer            U.S. Probation Officer
           310 New Bern Avenue, Room 610
           Raleigh, NC 27601-1441
           Phone: 919.861.8663
           Executed On: April 26, 2016

### ORDER OF THE COURT

Considered and ordered this 2nd day of May, 2016 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge

Case 5:00-cr-00075-H    Document 16    Filed 05/02/16    Page 1 of 1