UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Charles Adrail Stallings**                   **Docket No. 5:00-CR-75-1H**

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles Adrail Stallings, who, upon an earlier plea of guilty to Armed Bank Robbery - 18 U.S.C. § 2113(a)(d), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 2, 2000, to the custody of the Bureau of Prisons for a term of 212 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Charles Adrail Stallings was released from custody on February 29, 2016, at which time the term of supervised release commenced. On April 26, 2016, the probation office submitted a Petition for Action on Supervised Release to add the condition for anger management treatment per the defendant's request. The court concurred with the recommendation. On March 29, 2017, the probation office submitted a Violation Report for the defendant committing the offense of Obtain Property by False Pretense and the defendant was continued on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 18, 2019, the probation office attempted to locate the defendant after it was discovered that the defendant relocated from his residence on September 24, 2019, and changed his employment without notifying the probation office. The probation office was able to locate the defendant after contacting the defendant's family. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: December 31, 2019 |

**Charles Adrail Stallings**
**Docket No. 5:00-CR-75-1H**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __7th__ day of __January__, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge